**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONES LANG LASALLE AMERICAS, INC., | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 20-cv-03540 |
| v. | ) ) | Hon. Rebecca Pallmeyer |
| DAVID MARTIN, | ) ) | Hon. Mag. Jeffrey Cole |
| Defendant/Counter-Plaintiff. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Jones Lang LaSalle Americas Inc. ("JLL"), by and through its attorneys, respectfully moves this Court for entry of judgment in its favor. In support of its Motion, JLL states as follows:

1. On July 21, 2023, the Court granted JLL's Renewed Motion for Summary Judgment (Dkt. No. 130) and denied Defendant David Martin's ("Martin") Renewed Motion for Partial Summary Judgment (Dkt. No. 127). July 21, 2023 Order (Dkt. No. 158).

2. On July 21, 2023, the Court also directed counsel "to submit an agreed form of judgment in amount certain[.]" July 21, 2023 Docket Entry (Dkt. No. 157).

3. The parties have been unable to reach an agreement concerning the form of judgment or the amount Martin owes to JLL.

4. JLL, consistent with the Court's July 21, 2023 directive, has prepared the attached Proposed Judgment (Exhibit A) for entry in this matter.

5. JLL will file a separate motion seeking to set a briefing schedule to determine damages.

**WHEREFORE**, JLL respectfully requests the Court grant its Motion for Entry of Judgment and enter judgment in JLL's favor.

Dated: August 18, 2023                                                       Respectfully submitted,

                                                             By:     s/ *Tiffany S. Fordyce*
                                                                                 Tiffany S. Fordyce (Attorney No. 235063)
                                                                                 fordycet@gtlaw.com
                                                                                 Tyler L. Salway (Attorney No. 6330381)
                                                                                 salwayt@gtlaw.com
                                                                                 Greenberg Traurig, LLP
                                                                                 77 West Wacker Drive, Suite 3100
                                                                                 Chicago, Illinois 60601
                                                                                 Tel: (312) 456-8400

                                                                                 *Attorneys for Jones Lang LaSalle Americas, Inc.*